# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Harris et al**
**Plaintiff**

vs

**U.S. Environmental Protection Agency et al**
**Defendant**

**Case Number: 26-cv-7640**

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 07/20/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **U.S. ENVIRONMENTAL PROTECTION AGENCY, Correspondence Control Unit Official General Counsel** , in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1274 9860 85 with Return Receipt . The sealed envelope was signed for on **07/21/2026 .** (Exhibit A)

Addressed As Follows: **U.S. ENVIRONMENTAL PROTECTION AGENCY, Correspondence Control Unit Official General Counsel , US EPA Mail Code 2311, 1200 Pennsylvania Ave NW, Washington, DC 20460**

**See Attached Priority Mail Envelope and Signed Copy of Receipt. (Exhibit A)**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

7/21/2026
*Date*

88052

Rita Berzins

**Rita Berzins**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 26-cv-7640

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. ENVIRONMENTAL PROTECTION AGENCY,
was received by me on *(date)* 7/20/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402 8362 0855 1274 9860 85 to US EPA Mail Code 2311, 1200 Pennsylvania Ave NW, Washington, DC 20460 on 07/20/2026. Service was signed for on 07/21/2026. (See Exhibit A)**

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 7/21/2026

Rita Berzins (signature)
*Server's signature*

88052

Rita Berzins, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

UNITED STATES POSTAL SERVICE®

July 21, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 9860 85**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | July 21, 2026, 09:17 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | U.S. ENVIRONMENTAL PROTECTION AGENCY |

| Recipient Signature | |
|---|---|
| **Signature of Recipient:** | C Reese<br>C Reese |
| **Address of Recipient:** | 20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. ENVIRONMENTAL PROTECTION AGENCY
CORR. CONTROL UNIT, OFF. GENERAL COUNSEL
US EPA MAIL CODE 2311
1200 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20460
Reference #: 88052
Item ID: 88052

EXHIBIT A