UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREAS HARRIS, ALEXANDER COLE, STEPHANIE EYTCHESON, and ANNA LAIRD,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>Defendants. | ) | No. 26 C 7640<br><br>Judge Seeger |

**<u>DEFENDANTS' MOTION TO SEAL EXHIBIT D TO THE COMPLAINT</u>**

Defendants, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move to have Exhibit D to plaintiffs' complaint placed under seal and in support state as follows:

1. This lawsuit challenges plaintiffs' terminations of employment from the Environmental Protection Agency.

2. Plaintiffs' counsel also represents other former employees challenging their terminations with the Merit Systems Protection Board. That administrative proceeding is ongoing.

3. In the MSPB proceeding, the EPA mistakenly produced an email that plaintiffs have attached as Exhibit D to their district court complaint. Dkt. 1 (Compl.) at Ex. D. The email is protected from disclosure by the attorney-client and attorney work product privileges.

4. The EPA has asserted privilege over the email and has filed a motion to claw back the email in the MSPB proceeding. The privilege question is currently being litigated in that proceeding.

5. Defendants accordingly request that the email be placed under seal in *this* litigation for at least the time period during which the privilege issue is litigated in the MSPB proceeding. After the administrative law judge issues a privilege ruling in the MSPB proceeding, the parties can confer on how the document should be handled in this district court case.

6. Pursuant to LR 37.2, undersigned counsel met and conferred about this issue with plaintiffs' counsel by video conference on September 1, 2026. Plaintiffs oppose the relief requested in this motion.

WHEREFORE, defendants request that the court place Exhibit D to plaintiffs' complaint under seal.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov