**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREAS HARRIS, ALEXANDER COLE, STEPHANIE EYTCHESON, and ANNA LAIRD,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>Defendants. | Case No. 26-cv-7640<br><br>Judge Seeger |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Andreas Harris, Alexander Cole, Stephanie Eytcheson, and Anna Laird ("Plaintiffs"), by and through undersigned counsel, respectfully move for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1. For the reasons provided in the accompanying memorandum, Plaintiffs' statement of material facts, and the supporting exhibits, there is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a matter of law on the issue of Defendants' liability on Plaintiffs' First Amendment claim. Plaintiffs respectfully request that the Court enter partial summary judgment as to liability and set further proceedings to determine the appropriate relief.

Plaintiffs submit this Motion and the accompanying memorandum pursuant to the Consent Motion to Set a Briefing Schedule (ECF No. 20) and the Consent Motion to Exceed Page Limits (ECF No. 21), both of which remain pending.

Dated: October 6, 2026

Respectfully submitted,

/s/ Jyoti Jasrasaria
Jyoti Jasrasaria
Shiva Kooragayala (IL Bar No. 6336195)
Tsuki Hoshijima
Elena Goldstein*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
jjasrasaria@democracyforward.org
skooragayala@democracyforward.org
thoshijima@democracyforward.org
egoldstein@democracyforward.org

Daniel M. Rosenthal
Charlotte H. Schwartz
Eric M. Essagof
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
Phone: (202) 496-0500
Fax: (202) 496-0555
dmrosenthal@jamhoff.com
chschwartz@jamhoff.com
emessagof@jamhoff.com

*Counsel for Plaintiffs*

**Pro hac vice application pending*